00/00/2011  16:10:27 FAX 2132499990          NATIONWIDE LEGAL                                    1

1  CHRIS D. MANDARICH, SBN 220693
   RYAN E. VOS, SBN 224368
2  REBECCA HUNTER, SBN 271420
   JO-ANNA M. NIEVES, SBN 276807
3  NATHANIEL H. CLARK, SBN 276621
   **MANDARICH LAW GROUP, LLP**
4  6301 Owensmouth Avenue, Suite 850
   Woodland Hills, California 91367
5  Toll Free Telephone: 877.414.0130
   Local: 818.264.0111
6  Facsimile: 818.888.1260

7  Attorneys for Plaintiff / Couter-Defendant(s)
   CACH, LLC
8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                                          CV11 - 10260 ODW (PZx)

12                                          NOTICE OF REMOVAL OF

13  CACH, LLC                               ACTION UNDER 28 U.S.C. § 1441(b)

14        Plaintiff/ Counter-Defendant,     (FEDERAL QUESTION)

15  v.                                      Removed from Superior Court of the State

16  ROWAN YORK, an individual; and DOES 1   of California, County of Los Angeles,
    through 10 inclusive.
17        Defendant/ Counter-Plaintiff.     Northwest District

18                                          Federal Court Case No._____

19

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21        PLEASE TAKE NOTICE that Counter-Defendant, CACH, LLC ("Cach") hereby removes

22  to this Court the state court action described below.

23        1.      On November 14, 2011, Counter-Plaintiff, Rowan York, ("Counter-Plaintiff") served

24  Counter-Defendant, Cach, LLC, with a Counter-Claim in a matter pending in the Superior Court of

25  the State of California, County of Los Angeles, Northwest District, entitled and captioned: *Cach,*

              NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)

*LLC v. Rowan York, Case No. 11 E 08798.*  A copy of the Complaint, and Counter-Claim served on Cach is attached and marked as Exhibit "A".

2.     This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Cach pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3.     This removal is timely pursuant to 28 U.S.C. § 1446(b) as Cach was served and received notice of Counter-Plaintiff's claim on November 14, 2011.

4.     The undersigned has conferred with Cach and they have advised that Cach consents to the removal of this matter.

5.     As required by 28 U.S.C. § 1446(d), Cach will give notice of the filing of this notice to the Plaintiff and to the clerk of Superior Court of the State of California, County of Los Angeles, Northwest District, where the action is currently pending, and to counsel for the other parties. A copy of the letter correspondence serving the same with a copy of this Notice is attached as Exhibit "B".

WHEREFORE, CACH, LLC respectfully requests that the above captioned matter currently pending in the Superior Court of the State of California, County of Los Angeles, Northwest District, be removed to this Honorable Court.

MANDARICH LAW GROUP

Dated:  December 8, 2011

By: s/Ryan Vos
Ryan Vos, Esq.
Mandarich Law Group
6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
877.414.0130 ex. 3300
ryanv@mandarichlaw.com
Bar No. SBN 224368

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that on December 8, 2011, a copy of the foregoing was mailed for

4   filing.  Notice of this filing was sent via facsimile and U.S. Mail to the following:

5

6   Steven L. Friedland, Esq.

7   21210 Erwin Street

8   Woodland Hills, CA 91367

9   Fax: (866) 813-4491

10  Email: Steven.Friedland@Caine-Weiner.com

11

12

13                      Dated on this 8th day of December 2011.

14

15                              By: s/Ryan Vos
                                Ryan Vos, Esq.
16                              Mandarich Law Group
                                6301 Owensmouth Avenue, Suite 850
17                              Woodland Hills, CA 91367
                                877.414.0130 ex. 3300
18                              ryanv@mandarichlaw.com
                                Bar No._224368
19

20

21

22

23

24

25

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)

# EXHIBIT A

1  Chris D. Mandarich, SB 220693
   Ryan E. Vos, SB 224368
2  Rebecca E. Hunter, SB 271420
   **Mandarich Law Group, LLP**
3  6301 Owensmouth Avenue, Suite 850
   Woodland Hills, CA 91367
4  Local: 818-264-0111
   Toll Free: 877-414-0130
5  Facsimile: 818-888-1260

6  *Attorneys for Plaintiff*

ORIGINAL FILED
Los Angeles Superior Court

AUG 1 2 2011

John A. Clarke, Clerk
By Javier G. Espindola, Deputy

7

8

9

10              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

11        NORTHWEST DISTRICT, VAN NUYS COURTHOUSE EAST – LIMITED JURISDICTION

12  CACH, LLC,                              Case No.:        11E08798

13              Plaintiff,                  COMPLAINT FOR:

14       vs.                               1.   BREACH OF CONTRACT
                                            2.   COMMON COUNTS
15  ROWAN K YORK, an individual; and DOES 1
16  through 10 inclusive.

17              Defendants.                 DEMAND: $9,801.03

**FILE BY FAX**

18  Plaintiff alleges:

19                    FACTS COMMON TO ALL CAUSES OF ACTION

20       1.    Plaintiff is and at all times herein mentioned was, a Colorado Limited Liability Company, and

21  assignee of original creditor, Bank of America, N.A..

22       2.    Plaintiff is informed and believes that Defendants are individuals who currently reside within

23  the jurisdictional boundaries of the above entitled Court. Therefore, this Court is the proper Court for trial of

24  this action.

25       3.    Plaintiff is unaware of the true names or capacities, whether individual, corporate, associate or

26  otherwise of the Defendants sued herein as DOES 1 through 10 inclusive, and therefore, sues the

27  Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names and

28  capacities once ascertained.

COMPLAINT - 1

4.    Plaintiff believes that at all times mentioned herein, each of the Defendants was, and is, the agent, servant and employee, employer of each of the other Defendants, and also acted in the capacity of and as agent of the other Defendants. Plaintiff also believes that the individual Defendants, and each of them, are jointly and severally liable that the actions described herein were taken as actions for the benefit of the Defendants' separate and/or community property.

5.    Plaintiff believes that, for value received, Defendants, and each of them, executed and delivered a credit card application to Bank of America, N.A. (Plaintiff's assignor) or made such application for credit over the telephone or Internet. Pursuant to the terms of the application and the written terms and conditions sent along with the credit card, Plaintiff's assignor provided Defendants with a credit card, and granted charge privileges on the credit card, account number XXXXXXXXXXXX7428 (the "Account").

6.    Prior to the commencement of this action, the Account was assigned for value by Bank of America, N.A. (Plaintiff's assignor) to the Plaintiff and Plaintiff is its current holder.

7.    Defendants agreed to comply with the written terms and conditions governing the use of the credit card, as it was amended from time to time, including repaying the Plaintiff's assignor for any charges on the Account including, but not limited to, charges for the purchase of goods and services and/or cash advances and balance transfers along with the interest, late charges, over limit charges related thereto.

8.    Defendants used the credit card issued on the Account to make credit card purchases and/or to take cash advances and/or to make balance transfers. Each time the Defendants used the credit card to purchase goods and services and/or to take cash advances and/or make balance transfers, Defendants reaffirmed their agreement to repay Plaintiff's assignor for the amount for the purchase and/or cash advance and/or balance transfer, along with such other charges as may be assessed pursuant to the terms and conditions governing the Account.

9.    Pursuant to the terms and conditions governing the Account, monthly statements were sent to the Defendants which itemized all payments made and charges due on the Account.

10.    Within the last four years, the Defendants failed to make payments as agreed on the Account. Defendants have failed, refused and neglected to pay amounts due per the terms and conditions governing the Account.

11.    As of December 09, 2010, Defendants owe the sum of $9,801.03 with interest thereon.

COMPLAINT - 2

12.    Although demand has been made upon Defendants to pay said amount, no part has been paid, and it is now due, owing, and unpaid together with interest thereon plus attorney's fees.

13.    Plaintiff and Plaintiff's assignor have duly performed all promises, conditions and agreements on their part to be performed.

14.    The terms and conditions governing the Account provides that the cardholders agree to reimburse Plaintiff's assignor and hence, Plaintiff for the costs and expenses, including reasonable attorney's fees, related to the collection of amounts owing on the Account.  Plaintiff has been required to retain the Mandarich Law Group, LLP to pursue collection of the amounts due hereunder.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

15.    Plaintiff refers to and incorporates paragraphs 1 through 14.

16.    Defendants have breached the terms and conditions governing the Account by failing to pay amounts due and owing on the Account.

17.    As the direct and proximate result thereof, Plaintiff has been damaged in the amount of $9,801.03 plus interest thereon.

## SECOND CAUSE OF ACTION

### (Account Stated)

18.    Plaintiff refers to and incorporates paragraph 1 through 17.

19.    Within the past four years, an account was stated in writing in which it was agreed that Defendants were indebted in the amount of $9,801.03.  Although demand has been made upon Defendants, no part of said amount has been paid, and it is now due, owing and unpaid from Defendants to Plaintiff with interest thereon from and after December 09, 2010.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.    For the damages and money in the sum of $9,801.03;

2.    For interest thereon at 10 percent per annum from on and after December 09, 2010;

3.    For reasonable attorney's fees;

4.    For costs of suit incurred; and

5.    For such other and further relief as the Court deems just and proper;

**FILE BY FAX**

COMPLAINT - 3

6.   Plaintiff remits all damages in excess of the jurisdictional amount of this Court.

Dated: August 05, 2011                    MANDARICH LAW GROUP, LLP

Chris D. Mandarich, Esq.
Ryan E. Vos, Esq.
Rebecca E. Hunter, Esq.
*Attorneys for Plaintiff*

**FILE BY FAX**

COMPLAINT - 4

ORIGINAL FILED
Los Angeles Superior Court

AUG 1 2 2011

John A. Clarke, Clerk
By Javier G. Espindola, Deputy

CHRIS D. MANDARICH, SB 220693
RYAN E. VOS, SB 224368
REBECCA E. HUNTER, SB 271420
**MANDARICH LAW GROUP, LLP**
6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
Telephone: 877-414-0130
Facsimile: 818-888-1260

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

NORTHWEST DISTRICT, VAN NUYS COURTHOUSE EAST - LIMITED JURSIDICTION

| | |
|---|---|
| CACH, LLC | Case No.: **11E08790** |
| Plaintiff, | **DECLARATION OF VENUE** |
| vs. | (C.C.P. 395(b), 396(a)) |
| ROWAN K YORK, an individual; and DOES 1 through 10 inclusive | |
| Defendants. | |

I, the undersigned attorney of record, hereby declare as follows:

1.   I am an attorney licensed to practice before all courts of the State of California, and I am one of the attorneys of record for the plaintiff. This declaration is made of my own knowledge and if sworn as a witness, I would and could testify thereto.

2.   This is the proper venue, superior court and court location for this action because the action involves an offer or provision of goods, services and/or credit intended primarily for personal, family or household use under C.C.P. §395(b) and the defendant resides in this court's jurisdiction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on August 05, 2011 at Los Angeles, CA.

MANDARICH LAW GROUP, LLP

Chris D. Mandarich, Esq.
Ryan E. Vos, Esq.
Rebecca E. Hunter, Esq.

DECLARATION OF VENUE

FILE BY FAX

1  Steven L. Friedland, Esq. (170453)
   21210 Erwin Street
2  Woodland Hills, CA 91367
   Phone: (818) 908-6860
3  Fax: (866) 813-4491
   Email: Steven.Friedland@Caine-Weiner.com
4
5  Attorney for defendant and cross-complainant
6
7
8              Superior Court of the State of California
9             County of Los Angeles, Northwest District
                        (Limited Jurisdiction)
10
11
12                                   ) Case No.: 11E08798
13 CACH, etc.,                       )
                                     ) DEFENDANT AND CROSS-COMPLAINANT,
14          Plaintiff,               ) ROWAN K. YORK'S, CROSS-COMPLAINT
                                     ) FOR DAMAGES
15      vs.                          )
                                     ) (unlawful debt collection practices)
16 YORK, etc.,                       )
                                     )
17          Defendant.               )
                                     )
18                                   )
                                     )
19 ROWAN K. YORK,                    )
                                     )
20          Cross-complainant,       )
                                     )
21      vs.                          )
                                     )
22 CACH, LLC; SCOTT LOWERY LAW       )
   OFFICE, P.C. dba P. SCOTT LOWERY, )
23 P.C.; PHILIP SCOTT LOWERY aka P.  )
   SCOTT LOWERY; DAVID L. MICHAEL;   )
24 JAMES R. WOLF; JOSHUA RAMSEY;     )
   MANDARICH LAW GROUP, LLP;         )
25 CHRISTOPHER D. MANDARICH; RYAN E. )
   VOS; REBECCA E. HUNTER; AND ROES 1)
26 to 10 inclusive,                  )
                                     )
27          Cross-defendants.        )
                                     )
28

                          Cross-complaint - 1

Cross-complainant, Rowan K. York, alleges as follows:

## JURISDICTION AND VENUE

1. This cross-complaint arises from acts and omissions constituting violations of the Federal Fair Debt Collection Practices Act (hereinafter FDCPA; 15 U.S.C. Section 1692 et seq.) and violations of the Rosenthal Fair Debt Collection Practices Act (hereinafter RFDCPA; California Civil Code Section 1788 et seq.).

2. Jurisdiction arises under California CCP Section 410.10.

3. Cross-defendant, Cach LLC, filed this instant lawsuit against cross-complainant in the State of California, is availing itself of the California court system, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to California CCP Section §395(a).

## PARTIES

5. Cross-complainant, Rowan K. York, is a natural person residing in the county of Los Angeles, State of California.

6. Cross-complainant is a consumer as that term is defined by 15 USC 1692a(3) and allegedly owes a debt as that term is defined by 15 USC 1692a(5) and California Civil Code Section 1788.2(h).

7. Cross-defendant, Cach, LLC (hereinafter CACH), is a Colorado limited liability company which made consumer demands against cross-complainant in the county of Los Angeles, State of California.

8. Cross-defendant, Scott Lowery Law Office, P.C. dba P. Scott Lowery, P.C. (hereinafter LOWERY LAW), is a Colorado corporation

Cross-complaint - 2

which made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

9.   Cross-defendant, Philip Scott Lowery aka P. Scott Lowery (hereinafter LOWERY), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

10.   Cross-defendant, David L. Michael (hereinafter MICHAEL), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

11.   Cross-defendant, James R. Wolf (hereinafter WOLF), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

12.   Cross-defendant, Joshua Ramsey (hereinafter RAMSEY), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

13.   Cross-defendant, Mandarich Law Group, LLP (hereinafter MANDARICH LAW), is a California limited liability partnership which made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

14.   Cross-defendant, Christopher D. Mandarich (hereinafter MANDARICH), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

//

15.   Cross-defendant, Ryan E. Vos (hereinafter VOS), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

16.   Cross-defendant, Rebecca E. Hunter (hereinafter HUNTER), is an individual who made consumer demands on behalf of CACH against cross-complainant in the county of Los Angeles, State of California.

17.   All cross-defendants are debt collectors as that term is defined by 15 USC 1692a(6) and California Civil Code Section 1788.2(c) and sought to collect a consumer debt from cross-complainant.

18.   The true names and capacities of cross-defendants named herein as Roes 1 to 10 inclusive, are unknown to cross-complainant at this time, who therefore sues said cross-defendants by such fictitious names; cross-complainant will ask leave of court to amend this cross-complaint to insert the true names and capacities of such fictitiously named cross-defendants when they have been ascertained.  Cross-complainant alleges on information and belief that such cross-defendants are responsible for the acts and omissions hereinafter alleged.

19.   Cross-complainant is informed and believes and thereon alleges that, at all times herein mentioned, each of the fictitiously and specifically named cross-defendants herein was the agent, servant, employee, officer, member, director, partner, heir, successor, assign, principal, trustee, surety, subrogee, representative and insurer of each of the remaining cross-

defendants and was at all times herein mentioned acting within

the course and scope of such agency, authority and employment.

## FACTUAL ALLEGATIONS

20.     Beginning in November 2010, cross-defendants, CACH, LOWERY

LAW, LOWERY, MICHAEL, WOLF and RAMSEY, placed collection calls to

cross-complainant seeking payment for an alleged debt owed to

Bank of America.  Said cross-defendants called cross-complainant

from 866-202-0021 and identified themselves as debt collectors

but failed to provide the statutory language for a first

communication as required by the FDCPA and the RFDCPA.

21.     Beginning in November 2010, cross-defendants, CACH, LOWERY

LAW, LOWERY, MICHAEL, WOLF and RAMSEY, placed collection calls to

cross-complainant's mother seeking payment for an alleged debt

owed to Bank of America.  Said cross-defendants called cross-

complainant's mother from 866-202-0021 and identified themselves

as debt collectors to a third party without cross-complainant's

consent or authorization to do so.

22.     On or about December 13, 2010, cross-defendants, CACH,

LOWERY LAW, LOWERY, MICHAEL, WOLF and RAMSEY, sent a demand

letter to cross-complainant seeking payment for an alleged debt

owed to Bank of America.  Said demand letter includes the

language that "no attorney with our firm has personally reviewed

the particular circumstances of your account".  Said language

constitutes a false and misleading representation under the FDCPA

and the RFDCPA.

23.     On or about December 21, 2010, cross-complainant mailed a

letter to cross-defendants, CACH, LOWERY LAW, LOWERY, MICHAEL,

Cross-complaint - 5

WOLF and RAMSEY, requesting validation of the debt.

24.   On or about January 22, 2011 and May 19, 2011, cross-defendants, CACH, LOWERY LAW, LOWERY, MICHAEL, WOLF and RAMSEY, sent further demand letters to cross-complainant seeking payment for an alleged debt owed to Bank of America.  At no time did said cross-defendants provide validation of the debt to the cross-complainant.

25.   From on or about December 2010 through May 2011, cross-defendants, CACH, LOWERY LAW, LOWERY, MICHAEL, WOLF and RAMSEY, continued to call cross-complainant and continued to leave messages with cross-complainant's mother.  Said calls continued despite cross-defendant's failure to provide validation of the debt to cross-complainant.

26.   On or about July 18, 2011, cross-defendants, CACH, MANDARICH LAW, MANDARICH, VOS and HUNTER, sent a demand letter to cross-complainant seeking payment for an alleged debt owed to Bank of America.  Said demand letter failed to include the statutory language for a first communication as required by the FDCPA.  Said demand letter also failed to provide validation of the debt to the cross-complainant despite cross-complainant's prior request to cross-defendant, CACH, for such validation.

## VIOLATIONS OF FDCPA AND RFDCPA

27.   Cross-defendants violated the FDCPA based upon the following:

a. Cross-defendants violated Section 1692b of the FDCPA cross-defendants placed collection calls to cross-complainant's mother and communicated information regarding cross-

Cross-complaint - 6

complainant's alleged consumer debt;

b. Cross-defendants violated Section 1692c of the FDCPA cross-defendants placed collection calls to cross-complainant's mother and communicated information regarding cross-complainant's alleged consumer debt;

c. Cross-defendants violated Section 1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the cross-complainant;

d. Cross-defendants violated Section 1692d of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent annoy, abuse, and harass cross-complainant;

e. Cross-defendants violated Section 1692e of the FDCPA when cross-defendants sent a demand letter to cross-complainant with the false and misleading representation that the demand had been approved by an attorney;

f. Cross-defendants violated Section 1692e(11) of the FDCPA when cross-defendants sent a demand letter to cross-complainant without the express language of this subsection;

g. Cross-defendants violated Section 1692g of the FDCPA when cross-defendants failed to provide validation of the debt to cross-complainant and continued its collection efforts against cross-complainant despite cross-complaint's written request for validation;

28.    Cross-defendants violated the RFDCPA based upon the following:

a. Cross-defendants violated Section 1788.11(d) of the RFDCPA

Cross-complaint - 7

1  when cross-defendants placed collection calls to cross-
2  complainant repeatedly and continuously so as to annoy
3  cross-complainant;

b. Cross-defendants violated Section 1788.11(e) of the RFDCPA
   when cross-defendants placed collection calls to cross-
   complainant with such frequency as to be unreasonable and
   to constitute an harassment to cross-complainant under the
   circumstances;

c. Cross-defendants violated Section 1788.12(b) of the RFDCPA
   when cross-defendants placed collection calls to cross-
   complainant's mother and communicated information regarding
   cross-complainant's alleged consumer debt;

d. Cross-defendants violated Section 1788.13(c) of the RFDCPA
   when cross-defendants sent a demand letter to cross-
   complainant without said letter having been approved or
   authorized by the authored attorneys of said letter;

e. Cross-defendants violated Section 1788.17 of the RFDCPA by
   continuously failing to comply with the statutory
   regulations contained within the FDCPA, 15 USC Section 1692
   et seq.

WHEREFORE, cross-complainant respectfully prays for judgment against cross-defendants, and each of them, as follows:

1. For actual damages sustained by cross-complainant in an
   amount to be proven at trial;

2. For statutory damages of $1,000.00 per each enumerated
   violation pursuant to Section 1692k of the FDCPA;

3. For costs and reasonable attorney fees pursuant to Section 1692k of the FDCPA;

4. For statutory damages of $1000.00 per each enumerated violation pursuant to the Section 1788.30(b) of the RFDCPA;

5. For costs and reasonable attorney fees pursuant to Section 1788.30(c) of the RFDCPA;

6. For such other and further relief as the court deems just and equitable.

Dated: November 9, 2011

Steven Friedland
Attorney for cross-complainant,
Rowan K. York

Cross-complaint - 9

PROOF OF SERVICE

1

2

3    STATE OF CALIFORNIA
4    COUNTY OF LOS ANGELES

5    My business address is 21210 Erwin Street, Woodland Hills, CA  91367.
6    I am over the age of eighteen years and not a party to the within
     action.

7

8    On November 9, 2011, I served the:

9    Summons and cross-complaint for damages

10   on the interested parties in this action by placing true copies
     thereof each in a sealed envelope addressed as follows:

11

12   Ryan Vos, Esq.
     Mandarich Law Group, LLP
13   6301 Owensmouth Avenue, #050
     Woodland Hills, CA 91367

14

15   **BY MAIL**  I am readily familiar with the firm's practice of collection
16   and processing correspondence for mailing.  Under that practice it
     would be deposited with the U.S. postal service on the same day with
17   postage thereon fully paid at Woodland Hills, California, in the
     ordinary course of business.

18

19   **AND BY FAX** by transmitting a true copy thereof to Ryan Vos via
     facsimile to 818-888-1260.

20

21   I declare, under penalty of perjury under the laws of the state of
     California, that the foregoing is true and correct.

22

23   Executed at Woodland Hills, California on November 9, 2011.

24

25                                        Steven Friedland

26

27

28

Proof of Service

# EXHIBIT B

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
Toll Free:      877.414.0130
Telefax:        818.888.1260

Christopher D. Mandarich, Esq.
Ryan E. Vos, Esq.*
Rebecca Hunter, Esq.
Jo-Anna Nieves, Esq.
Nathaniel Clark

*Admitted in CA & WA*

December 8, 2011

Superior Court of the State of California
County of Los Angeles, Northwest District
Attn:  Clerk of Court
6230 Sylmar Avenue,
Van Nuys, CA 91401

Steven L. Friedland, Esq.
21210 Erwin Street
Woodland Hills, CA 91367

Nicole M. Strickler, Esq.
Messer & Stilp, Ltd.
166 W. Washington St., Suite 300
Chicago, Illinois 60602
Facsimile:  (312) 334-3434

Re:     *Cach, LLC et al. v. York*
        Court File No.:  11E08798
        Notice of Removal

Dear Clerk of Court and Counsel:

Attached hereto, please find a copy of the Notice of Removal, removing the above referenced matter to the United States District Court, Central District of California.

Please contact the undersigned with any questions.  Thank you.

Very truly yours,

Ryan Vos
Attorney At Law
Mandarich Law Group
6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
MSP/Enc.  (Notice of Removal)

1
2

**PROOF OF SERVICE**
**(C.C.P. §1013a; 2015.5)**

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

4

     I am employed in the County of Los Angeles, State of California.  I am over the age of

5

eighteen and not a party to the within action.  My business address is 6301 Owensmouth Avenue, Suite 850, Woodland Hills, California 91367.

6

     On December 9, 2011, I served the foregoing document(s) described as, **NOTICE OF**

7

**REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b); NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET;** on the interested parties in this action as follows:

8
9
10

Superior Court of the State of California
County of Los Angele, Northwest District
6230 Sylmar Avenue
Van Nuys, CA 91401

Nicole M. Strickle, Esq.
Messer & Stilp, Ltd.
166 W. Washington St., Suite 300
Chicago, Illinois 60602

11
12

Steven L. Fredland, Esq.
21210 Erwin Street
Woodland Hills, CA 91367

13
14
15
16
17

\_\_\_    **BY MAIL** I placed the above document(s) in sealed envelopes that I placed for deposit with the U.S. Postal Service at Woodland Hills, California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing documents for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

18
19

\_\_\_    **BY FACSIMILE** I transmitted the above document(s) by facsimile transmission to the parties and facsimile numbers set forth herein,

20

\_\_\_    **State:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21
22

 X    **Federal:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

Executed on December 9, 2011, at Woodland Hills, California.

24
25

_____
Elisa Lomeli

PROOF OF SERVICE
1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV11- 10260 ODW (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

12/ 9/11
Date

Sign

Ryan Vos, Esq
Attorney of record for or party appearing in pro per

CV-30 (04/10)                  NOTICE OF INTERESTED PARTIES

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

COPY

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| CACH, LLC | ROWAN YORK, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| MANDARICH LAW GROUP, LLP    (877) 414-0130<br>6301 Owensmouth Avenue, Suite 850<br>Woodland Hills, California 91367 | Steven L. Friedland, Esq.    (818) 908-6860<br>21210 Erwin Street<br>Woodland Hills, CA 91367 |

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT:    JURY DEMAND: ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes  ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ 9,801.03

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C 1692

VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11   10260

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
     ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
     ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
     ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date  12/9/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |