JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 11-10260 ODW (RZx) | Date | December 21, 2011 |
|---|---|---|---|
| Title | *CACH, LLC v. York* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **Order REMANDING Case to State Court [1]**

     After considering Plaintiff's Notice of Removal, Complaint and Defendant's Cross-Complaint (Dkt. No. 1), the Court finds no removal jurisdiction under 28 U.S.C. § 1441. Only defendants have the right to remove a case from state court to federal court. *Progressive West Ins. Co. v. Preciado*, 479 F.3d 1014, 1017 (9th Cir. 2007). Despite the federal causes of action alleged in Defendant's Cross-Complaint, a plaintiff/cross-defendant cannot remove an action to federal court. *Id.*

     Accordingly, the Court REMANDS this case to the Superior Court of the State of California, County of Los Angeles, the court in which the case was originally filed. The Clerk of Court shall close this case.

IT IS SO ORDERED.

```
CC: order, docket, remand
letter to Los Angeles Superior
Court, Northwest District,
Van Nuys No. 11 E 08798
```

           :    00

Initials of Preparer     SE